# United States Court of Appeals
## For the First Circuit

No. 06-1029

NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC.;
THE BOSTON PRESERVATION ALLIANCE, INC.,

Plaintiffs, Appellants,

v.

FEDERAL TRANSIT ADMINISTRATION;
MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,

Defendants, Appellees.

ERRATA

The opinion of this court, issued September 14, 2006, should be amended as follows:

On page 2, line 4: replace "Massachusetts Bay Transit" with "Massachusetts Bay Transportation".

On page 36, line 5: replace "FTA and MBTA" with "FTA nor the MBTA".